UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>WILLIAM VALDEZ,<br><br>                    Defendant. | 20 Cr. 226 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has been made aware that Defendant William Valdez would like to have a change of plea hearing. Accordingly, the parties are hereby ORDERED to appear for a video-hearing on **August 19, 2020, at 10:00 a.m.**

The conference will proceed via videoconference, with audio access as follows: Dial-in: (917) 933-2166; Conference ID: 229050106. The Court will provide instructions for accessing the conference for video participants separately.

SO ORDERED.

Dated:   August 11, 2020
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge