**Donald D. duBoulay**                                        305 Broadway, Suite 602
 Attorney at Law                                              New York, NY 10007

Telephone: (212) 966-3970
Fax:           (212) 941-7108
E-mail:    dondubesq@aol.com

                                                              November 23, 2021

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007



Re: United States v. William Valdez
    20 Cr. 226 (KPF)

Dear Judge Failla:

    I represent William Valdez, the above referenced defendant. I write on behalf of Mr. Valdez to respectfully request that the court amend the terms of his release bond to permit him to attend a family dinner gathering at his grandmother's house on Thanksgiving Day, November 25, 2021. If permitted, Mr. Valdez would travel to his grandmother's house at 111-42 113th street, Jamaica, Queens. We ask that he be allowed to attend from 6:00 p.m. to 10:00 pm.

    On May 27, 2021 the Court sentenced Mr. Valdez to a 45-month term of incarceration. Mr. Valdez was permitted to remain at liberty after his sentencing on the terms of the bail conditions existing prior to his sentencing, which included house arrest with electronic monitoring. On October 5, 2021, the Court amended the terms of Valdez' bail to permit Mr. Valdez to leave his residence for a four-hour period one day a week, in consultation with his pretrial officer. The agreed upon day was every Friday. However, this Friday, Mr. Valdez surrenders to a federal correctional facility.

    Mr. Valdez has been notified that he is to surrender to a Federal Correctional facility in Pennsylvania on November 26, 2021. Thus Mr. Valdez respectfully moves for a modification of the conditions of his release to allow travel to and from his grandmother's house on November 25, 2021, for thanksgiving family dinner.

    I have conferred with Mr. Valdez' pre-trial officer who does not consent to this request, per office policy, but his officer does relate that Mr. Valdez has been compliant with the amended terms of his supervision. The Government consents to this application.

        Respectfully submitted,

        _____/s/_____
        Donald duBoulay, Esq.
        Attorney for William Valdez

cc: Andrew Chan, AUSA
    Ashley Cosme, PTO

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 61.



Dated:   November 24, 2021          SO ORDERED.
         New York, New York
```

[signature: Katherine Polk Failla]

```
                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```