UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 20 Cr. 226 (KPF) |
| WILLIAM VALDEZ, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to unforeseen scheduling conflicts, the conference currently scheduled for May 13, 2026, is hereby ADJOURNED to **June 2, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    May 5, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge