UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

WILLIAM VALDEZ,

Defendant.

20 Cr. 226 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In light of Defendant's nonappearance at the last VOSR conference as well as his arrest and detention pursuant to the Court's bench warrant (*see* July 29, 2026 Minute Entry; August 4, 2026 Minute Entry), the parties are hereby ORDERED to appear for a VOSR hearing on **August 20, 2026**, at **3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: August 4, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge